Nos. 22-55992; 22-56041

## IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

NATURAL-IMMUNOGENICS CORP., a Florida corporation,

Plaintiff-Appellee,

v.

NEWPORT TRIAL GROUP, a California Corporation;
SCOTT J. FERRELL, a California resident,

Appellants,

and

RYAN M. FERRELL, an Arizona resident;
VICTORIA C. KNOWLES, a California resident;
ANDREW LEE BASLOW, a California resident; ANDREW NILON,
a California resident; SAM PFLEG, a California resident;
MATTHEW DRONKERS, a California resident;
TAYLOR DEMULDER, a Nevada resident; SAM SCHOONOVER,
a California resident; GIOVANNI SANDOVAL, an Arizona resident,

Defendants.

Appeal from a Decision of the United States District Court,
Central District of California, Southern Division
(No. 8:15-cv-02034-JVS-JCG) • Honorable James V. Selna

**DECLARATION OF JAMES M. SABOVICH IN
SUPPORT OF MOTION TO JOIN**

CALLAHAN & BLAINE, APLC
David J. Darnell (SBN 210166)
James M. Sabovich (SBN 218488)
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444 / Facsimile: (714) 241-4445
Attorneys for Appellants

1

## DECLARATION OF JAMES M. SABOVICH

I, James M. Sabovich, declare as follows:

1. I am an attorney at Callahan & Blaine, APLC. I am licensed to practice law in the State of California, and I represent Appellants Newport Trial Group and Scott Ferrell ("Appellants") in connection with the above-captioned matter. I am also a party in the related appeal pending as Case Number 22-22-55990 ("Related Appeal"). I make this declaration in support of Appellants' Motion to Join. I have personal knowledge of the facts set forth below. If called as a witness, I could and would competently testify to the matters stated below.

2. Appellant appealed, *inter alia*, district court orders granting sanctions and a district court order enforcing a settlement. Dkt. 1296. Because the sanctions order was against Appellants and counsel personally, counsel also appealed that order. Dkt. 1296.

3. On March 1, 2023, Opening Briefs were filed in both appeals. I was the principle author of both briefs. The sanctions order was addressed in detail in the Related Appeal Opening Brief. Rather than repeat those arguments, a draft of the Opening Brief in this matter included a short statement incorporating the Opening Brief

from the Related Appeal under Rule 28(i). However, it appears that at some point during the finalization process, this statement was inadvertently removed. I discovered the omission on or about July 30, 2023. Upon discovering the issue, Appellants filed a notice of joinder on August 1, 2023. On August 2, 2023, Appellants were notified by the Clerk that a motion was required. I was out of the office due to a medical issue from August 2 to 4. I prepared this declaration and required motion promptly upon returning on August 7, 2023.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration was executed on August 7, 2023, in Santa Ana, California.

/s/ James M. Sabovich
James M. Sabovich