UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 7 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| NATURAL-IMMUNOGENICS CORP., a Florida corporation, | No. 22-55992 |
| --- | --- |
| Plaintiff-Appellee, | D.C. No. 8:15-cv-02034-JVS-JCG Central District of California, Santa Ana |
| v. | |
| NEWPORT TRIAL GROUP, a California Corporation; SCOTT J. FERRELL, a California resident, | ORDER |
| Defendants-Appellants, | |
| and | |
| RYAN M. FERRELL, an Arizona resident; et al., | |
| Defendants. | |

| NATURAL-IMMUNOGENICS CORP., a Florida corporation, | No. 22-56041 |
| --- | --- |
| Plaintiff-Appellant, | D.C. No. 8:15-cv-02034-JVS-JCG |
| v. | |
| NEWPORT TRIAL GROUP, a California Corporation; et al., | |
| Defendants-Appellees, | |
| BENJAMIN QUINTO; et al., | |

| Counter-defendants-Appellees. |

Before: WARDLAW and BUMATAY, Circuit Judges, and KENNELLY,[*] District Judge.

Appellants Scott J. Ferrell and Newport Trial Group's Motion to Join Brief in Related Matter, filed August 1, 2023, is **GRANTED.**

---

[*] The Honorable Matthew F. Kennelly, United States District Judge for the Northern District of Illinois, sitting by designation.